UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KEVIN BONNER,

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

### Theft of Mail Matter by Postal Employee

Between on or about June 13, 2024 and June 25, 2024, in Ingham County, in the Southern Division of the Western District of Michigan, the Defendant,

**KEVIN BONNER,**

a United States Postal Service employee, stole, abstracted, and removed mail matter that had been entrusted to him and that had come into the Defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service. Specifically, the Defendant stole and used a rebate voucher issued by a national retailer that was addressed to an individual customer of that retailer and was scheduled to be delivered to that customer via the Postal Service.

18 U.S.C. § 1709

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
Acting United States Attorney

*[signature]*
_____
STEPHANIE M. CAROWAN
Assistant United States Attorney